173 F.3d 421
 John C. Pizza, Equitable or Beneficial Shareholder of
Pharmasphere, Inc. and Interpro Development Corp.
v.
Ronald J. Mannino, Joseph M. Pizza, a/k/a Slyce, Vincent
Durante, Officers and Directors of Inter Chem Trading Corp.,
Pharmasphere, Inc., and Interpro Development Corp., Inter
Chem Trading Corp., Pharmasphere, Inc., Interpro Development
Corporation, 'John Doe', 1 through 100, 'ABC Corporation', 1
through 100,
 NO. 97-5706
 United States Court of Appeals,
Third Circuit.
 December 17, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Affirmed.